RSB
F. #2023R00300

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JUSTINNA BOATWRIGHT,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D  O R D E R

23-CR-488 (DLI)

      Upon the application of BREON PEACE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Raffaela Belizaire, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter be unsealed in its entirety.

Dated:   Brooklyn, New York
           November 30, 2023

_____
HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK