

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN:RSB
F. #2023R00300

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 23, 2024

By ECF

Hon. Dora L. Irizarry
United States District Court
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Justinna Boatwright
       Criminal Docket No. 23-488 (DLI)

Judge Irizarry:

    Pursuant to the Court's direction on December 20, 2023, the parties in the above-captioned matter hereby submit a joint report regarding the status of this case. The parties have been engaged in preliminary plea negotiations since the last court date, however, as of the time of this report the parties have been unable to reach a resolution. Due to the posture of the negotiations, the government has only produced limited discovery. As such, the parties are requesting an adjournment until on or about April 1, 2024 for the next status conference so that the government can produce Rule 16 discovery, provide counsel with a plea agreement, and so the defendant can review those materials. If an adjournment is approved by the Court, the government will provide the Rule 16 discovery as expeditiously as possible but no later than two weeks before the next status conference. The government also requests that time under the Speedy Trial Act be excluded between March 1, 2024 and the date of the adjourned status conference for discovery production and review, and for the defendant to consider a formal plea offer. Defense counsel consents to the request to exclude time.

               Respectfully submitted,

               BREON PEACE
               United States Attorney

        By: /s/
           Raffaela Belizaire
           Assistant U.S. Attorney
           (718) 254-6295

cc: Defense Counsel (by ECF and email)