**United States v. Justinna Boatwright**
**Sentencing Exhibit List**

Exh. A – Letter from Megan Rodriguez and Trenton Ullrich, Focus Forward

Exh. B – Letter from Diamonasia Brown, HelpUSA

Exh. C – Letter from Gwendolyn House

Exh. D – Letter from Jaleshia Boatwright

Exh. E – Letter from Jaelyn Boatwright

Exh. F – Letter from Robin Flocker

Exh. G – Kingsborough College records

Exh. H – Boatwright York College Women's Basketball Profile

Exh. I – Boatwright 2025 Lease (redacted)

# EXHIBIT

# A



# THE FOCUS FORWARD PROJECT, INC.

P.O. Box 2892, Church St. Station, New York, NY 10008-2892 | Tel: (347) 619-2080 | info@focusforwardproject.org

Pamela Miller
*Executive Director*

**BOARD OF DIRECTORS**

Anne Patterson Finn
*Chairperson*

Justine Kentla

Alexandra Katz

Deirdre von Dornum

Amy Finzi

Kathleen Veteri

Alexandra Conlon

January 15, 2025

Hon. Dora Irizarry
United States District Court
Eastern District of New York

Dear Judge Irizarry,

We, Trenton Ullrich and Megan Rodriguez, write in support of Justinna "Tinna" Boatwright, a graduate of The Focus Forward Project. The Focus Forward Project is a nonprofit organization dedicated to providing an educational curriculum focused on reentry for individuals charged with federal crimes.

Our classes are offered for incarcerated people and those under pretrial supervision. The 12-week course is designed to provide both an intellectual and emotional outlet for participants as they navigate the stress and uncertainty of the pretrial phase of their federal cases. The class meets once a week for two hours, and participants complete weekly reading, journal, and other homework assignments. The first half of each class is spent discussing and connecting with themes in *The Bite of the Mango*, a memoir by Mariatu Kamara with Susan McClelland, while the second half of each class focuses on life skills, highlighting a different skill each week. By the end of the course, participants will have gained a variety of transferable skills and tools, including, but not limited to, a completed resume, interview skills, conflict resolution skills, public speaking skills, and the setting of both short and long-term goals. The goal of The Focus Forward Project is to provide participants with the confidence and practical tools to successfully move forward with their lives. Tinna completed all requirements necessary to graduate from Focus Forward and was recognized at our graduation ceremony on January 22, 2025.

Tinna was an active participant in our class, coming prepared for each meeting, doing all homework assignments, and quickly became a leader to her classmates. Tinna was also candid and open in the way that she shared her personal experiences, helping other class members feel comfortable talking about their own stories. One week, while presenting to our class as part of a public speaking exercise, Tinna opened her remarks: "How do you find your way in life when the most precious thing in your life is gone?" The question

that she posed became an excellent starting point for us in understanding Tinna's past and her desire to turn her life around. She explained to us how, after the death of her two closest family members, she felt like her life was spiraling out of control, leading her to make a series of poor decisions. She expressed both remorse for her actions and a deeply reflective perspective on where she was, what went wrong, and where she intends to go. Tinna told us that, in time, her outlook on life evolved, and she began to consider those she lost as her "guardian angels" guiding her down a newly discovered "right path." We saw clear evidence of this in her words and actions. Each week, Tinna updated us on her progress since our last meeting, telling us how she passed her college exams, performed on her school's basketball team, sought mental health care, worked hard to provide for herself, and more.

Throughout the time that we have worked with Tinna, we have come to know a young woman who is dedicated to learning from her past and working hard to build a better future for herself. She is kind, intelligent, and thoughtful. If given the opportunity, we are confident that Tinna will continue on the path towards bettering her life and being a wonderful community member.

We appreciate the time Your Honor has taken to read our letter. If you have any questions, please feel free to contact our supervisors by phone or email: (347) 619-2080 or info@focusforwardproject.org.

Sincerely,
Megan Rodriguez                                              Trenton Ullrich

Focus Forward Project                                        Focus Forward Project
Class Facilitator                                            Class Facilitator

# EXHIBIT

# B

Diamonasia Brown
Housing Specialist
HelpUSA
357 Saratoga Ave
Brooklyn, NY 11233
917-562-5919

02/10/2025

To Whom It May Concern,

My name is Diamonasia Brown, and I am a Housing Specialist at HelpUSA, a women's shelter located in Brooklyn, NY. It is with great pleasure that I write to provide a recommendation for Ms. Justinna Boatwright, who was one of my clients during her stay at the shelter.

I first met Ms. Boatwright towards the end of September, and from the moment we began working together, she quickly became one of my standout clients. As a Housing Specialist, my role is to assist clients in securing permanent housing to prevent future homelessness. Throughout this process, clients are encouraged to save, submit their paystubs on a weekly basis, and meet with me monthly.

When Ms. Boatwright and I first connected, she had no savings in her account. Upon learning the importance of saving, she took immediate action and began to save for her future beyond the shelter. I regularly reviewed her paystubs, and based on my assessment, she qualified for the cityFHEPS voucher. Once this information was shared, Ms. Boatwright diligently adhered to the necessary guidelines, ensuring that her income remained within the required limits to maintain her voucher eligibility.

Through consistent savings, Ms. Boatwright was able to accumulate approximately $3,000 in her account, meeting the necessary requirement of five times her portion. By the end of October, she was able to participate in a housing tour where she met with a landlord who was immediately impressed with her. Within a week, Ms. Boatwright signed her lease and successfully moved into her new home before Christmas.

During her time at the shelter, Ms. Boatwright was surrounded by 65 other women, many of whom faced difficult circumstances. Despite the challenges and drama surrounding her, Ms. Boatwright remained focused on her goals, prioritizing her education and employment. She successfully moved out without any issues, exemplifying a high level of responsibility and determination.

In addition to myself, Ms. Boatwright's perseverance, optimism, and strong work ethic were admired by the shelter's staff, including the Director. She was a positive role model for the other women at the shelter, demonstrating leadership and resilience. I

wholeheartedly recommend Ms. Boatwright for any future endeavors and am confident that she will continue to achieve success in all aspects of her life. Should you require further information or details, please do not hesitate to contact me.

Sincerely,
Diamonasia Brown
Housing Specialist
HelpUSA

# EXHIBIT C

To whom it may concern,

My name is Gwendolyn House, Mother of Justinna Boatwright. I just need to give a little history on my daughter Justinna's character and whom she is as a caring and good hearted individual. Justinna has always been a kind headed person since she was a child. She would give the shirt off her back if you needed it and go without. I've seen her be there for friends and family when they had no one to turn to but she was always there to help in anyway that she could. She's adored by her entire family. We all love her unconditionally. When I was diagnosed with cervical cancer in 2007 she was right there by my side and never left. When my mother and brother passed away within months of each other in 2021 she was there with my other children as my Rock!! I know in life that we all make mistakes because I've made a few. Justinna is the kind of person that you can count on and always will have your back. Justinna is doing so well in school and have found her purpose and that is to help others! Going through the shelter had dampered her spirits but she didn't let it beat her down. Im so proud of her. I love my daughter dearly and want the best for her. Please accept this letter as a reference for her character.


Thank you,

Gwendolyn House

# EXHIBIT D

Jaleshia Boatwright
Phone: 347-350-3488
Email: Jaleshia.Boatwright@gmail.com
Address:726 Liberty Ave APT 2A,
Brooklyn, NY 11208

February 12, 2024

To Whom It May Concern:

I am writing this character letter on behalf of my sister Justinna Boatwright. Justinna has a heart of gold and Justinna will give her last if it means someone else will not suffer or go without.

My mother has eight children and out of my seven siblings, I can always count on Justinna to show up for me. Justinna and I are only two and a half years apart and I have had a front-row seat watching her transform into this phenomenal woman.

Justinna is the first person my siblings and her friends call on to seek advice from. Justinna has re-arranged her work schedule to assist our oldest sister with picking up her children before they moved to Albany, NY. Justinna has watch her friend's children while they worked when they could not afford childcare. My youngest sister Jana'e Boatwright has multiple mental illnesses and Justinna stepped up in being her caretaker when my mother was no longer able to care for her. These are just a few examples that show how Justinna is dependable, trustworthy, and courteous.

I admire Justinna's strength. Our family had two major deaths back-to-back and Justinna was able to hold our family together while dealing with her grief. Justinna is selfless and our families rock.

During this difficult time, I hope that you consider this letter as you make your decision in Justinna's case.


Sincerely,


*Jaleshia Boatwright*


Jaleshia Boatwright

# EXHIBIT

# E

Jaelyne Boatwright
Phone: 516-404-4392
Email: jaelyne98@gmail.com
Address:
333 1st Street
Albany, NY 12206

February 08, 2024

To Whom It May Concern:

My name is Jaelyne Boatwright, and I am writing this letter to explain the type of person my sister, Justinna Boatwright, is and how she is the glue that holds our family together. Justinna is my fourth oldest sister, and she has always made an effort to be a part of the most significant and challenging moments of my life, from celebrating birthdays, attending school events and graduations, handling deaths in our family, getting an apartment with me, and so much more. Justinna has an extraordinary bond with our siblings, making her loyal, protective, kind-hearted, and selfless.

As an older sister, Justinna has taken on many roles to ensure that her younger and older siblings are cared for and supported. Three ago, I had a rough time finding a place to live due to not having a roommate, and Justinna didn't hesitate to be there for me and be my roommate, which made our bond even stronger as sisters. Justinna has also taken on the role of being the primary caregiver for our sister, Janae Boatwright, who has mental health issues, and Justinna is currently helping our sister as she goes through the hospital process to get better. Due to the passing of our uncle and Grandma in 2021, Justinna has done everything in her power to ensure that our family is doing okay and continues to keep us together as we face our days ahead without our loved ones. Justinna has been a significant part of my life, and without her presence in my life and siblings, I do not know how we would stay strong as a family.

Despite the charges against her, I know Justinna's the type of person to put herself before others, and I can always count on her to be there for me. During this troubling time, I sincerely hope that the court takes this letter into consideration at the time of Justinna's sentencing.

Sincerely,

Jaelyne Boatwright

Jaelyne Boatwright

# EXHIBIT

# F

**ROBIN FLOCKER** Feb 12

to Justinnaboatwright3 ˅

To whom it may concern:

I have work with Justinna for  2 years, during this time I have found her to be a team player. She is dependable and always on time. She has no problem working in a group setting or working alone. She is pleasant and very easy to get along with.


Sent from my iPad
Robin F

# EXHIBIT

# G

Page 1 of 2

## KBCC Student Copy Undergraduate Record

**Name:** Justina Boatwright
**Student ID:** 15198398

Birthdate: 06/26
Student Address: 143 Beach 26th St Apt 2F
Far Rockaway, NY 11691-3079
Print Date: 01/21/2025

Other Institutions Attended:

-------------- **Beginning of Undergraduate Kingsborough CC Record** ----------------

### 2024 Fall Term
Physical Education, Recreation, and Recreation Therapy Major
Subplan: Sports Management Concentration
Regular Academic Session (09/05/2024 - 12/16/2024)

| Course | | Description | Attempt | Earn | Grd |
|---|---|---|---|---|---|
| ENG | 1200 | Composition I | 3.00 | 3.00 | B |
| Req Designation: | | Required Core - English Composition | | | |
| Contact Hours: | | 4.00 | | | |
| Course Attributes: | | Low Textbook Cost | | | |
| | | English Composition | | | |
| | | ZERO Textbook Cost | | | |
| Instructor: | | Hermina Marcellin | | | |
| RPE | 700 | Intro to Sports Mgmnt | 3.00 | 3.00 | A+ |
| Contact Hours: | | 3.00 | | | |
| Course Attributes: | | ZERO Textbook Cost | | | |
| Instructor: | | Veronica Sherman | | | |
| RPE | 1200 | Leadership in Recreation & PE | 3.00 | 3.00 | A- |
| Contact Hours: | | 3.00 | | | |
| Instructor: | | Juan Carlos Franquiz | | | |
| SD | 1000 | Freshman Seminar | 1.00 | 1.00 | A+ |
| Contact Hours: | | 1.00 | | | |
| Course Attributes: | | ASAP | | | |
| Instructor: | | Sarah Beck | | | |
| SPE | 2100 | Effective Public Speaking | 3.00 | 3.00 | C- |
| Req Designation: | | Flexible Core - Creative Expression | | | |
| Contact Hours: | | 3.00 | | | |
| Course Attributes: | | ASAP | | | |
| Instructor: | | Puisan Wong | | | |

Second Session (01/06/2025 - 02/27/2025)

| Course | | Description | Attempt | Earn | Grd |
|---|---|---|---|---|---|
| PSY | 1100 | General Psychology | 3.00 | 0.00 | |
| Req Designation: | | Flexible Core - Scientific World | | | |
| Contact Hours: | | 3.00 | | | |
| Course Attributes: | | Introduction to Psychology | | | |
| | | Introduction to Psychology | | | |
| | | Introduction to Psychology | | | |
| Instructor: | | Maria Bartolomeo-Maida | | | |
| SOC | 3100 | Introduction to Sociology | 3.00 | 0.00 | |
| Req Designation: | | Flexible Core - Individual and Society | | | |
| Contact Hours: | | 3.00 | | | |
| Course Attributes: | | Honors Contract | | | |
| | | Honors Enrichment | | | |
| | | Introduction to Sociology | | | |
| Instructor: | | Can Ersoy | | | |

| | | | Attempt | Earn |
|---|---|---|---|---|
| Trans Term GPA: | 0.000 | Transfer Total: | 3.00 | 3.00 |
| Term GPA: | 3.169 | Term Total: | 22.00 | 16.00 |

### 2025 Spring Term
Physical Education, Recreation, and Recreation Therapy Major
Subplan: Sports Management Concentration
Regular Academic Session (03/05/2025 - 06/16/2025)

| Course | | Description | Attempt | Earn | Grd |
|---|---|---|---|---|---|
| ENG | 2400 | Composition II | 3.00 | 0.00 | |
| Req Designation: | | Required Core - English Composition | | | |
| Contact Hours: | | 4.00 | | | |
| Course Attributes: | | Low Textbook Cost | | | |
| | | English Composition | | | |
| Instructor: | | Stephen Armstrong | | | |
| HPE | 1200 | Concepts of Wellness | 3.00 | 0.00 | |
| Contact Hours: | | 3.00 | | | |
| Course Attributes: | | Civic Engagement | | | |
| | | Honors Contract | | | |
| | | Honors Enrichment | | | |
| | | ZERO Textbook Cost | | | |
| | | Writing Intensive | | | |
| Instructor: | | Paul Watson | | | |
| RPE | 1100 | Intro to Rec & Physical Ed | 3.00 | 0.00 | |
| Contact Hours: | | 3.00 | | | |
| Course Attributes: | | Honors Contract | | | |
| | | Honors Enrichment | | | |
| | | ZERO Textbook Cost | | | |
| | | Writing Intensive | | | |
| Instructor: | | Juan Carlos Franquiz | | | |
| RPE | 4000 | Sport and American Society | 3.00 | 0.00 | |
| Contact Hours: | | 3.00 | | | |
| Course Attributes: | | ZERO Textbook Cost | | | |
| | | Writing Intensive | | | |

Second Session (06/23/2025 - 08/10/2025)

| Course | | Description | Attempt | Earn | Grd |
|---|---|---|---|---|---|
| BA | 1100 | Fundamentals of Business | 3.00 | 0.00 | |
| Contact Hours: | | 3.00 | | | |
| Instructor: | | Erika Gershuni | | | |

| | | | Attempt | Earn |
|---|---|---|---|---|
| Term GPA: | 0.000 | Term Total: | 15.00 | 0.00 |

----------------------------- **Cumulative Totals** -----------------------------

| | | | Attempt | Earn |
|---|---|---|---|---|
| Cum GPA: | 3.169 | Cum Total: | 34.00 | 13.00 |
| Transfer Cum GPA: | 0.000 | Transfer Total: | 3.00 | 3.00 |
| Comb Cum GPA: | 3.169 | Comb Total: | 37.00 | 16.00 |

### Transfer Credits
**Transfer Credit from York College**
Applied Toward Undergraduate Program

Incoming Course

| | | | | |
|---|---|---|---|---|
| SKCS 102 | Psych, Soc & Acad Develpmnt | | 2.00 | D |
| Transferred to Term 2024 Fall Term as | | | | |
| SD 1200 | Strategies for College Success | | 1.00 | D |
| Incoming Course | | | | |
| PE 295 | Special Topic Act | | 1.00 | B |
| Transferred to Term 2024 Fall Term as | | | | |
| ELEC 1000 | Elective Credit | | 1.00 | B |
| Incoming Course | | | | |
| PE 293 | Indep Study | | 1.00 | A+ |
| Transferred to Term 2024 Fall Term as | | | | |
| ELEC 1000 | Elective Credit | | 1.00 | A+ |

Unofficial Copy



# EXHIBIT

# H



Human Resources
Administration

Department of
Homeless Services

**Department of
Social Services**

DSS-8f (E) 06/26/2023 (page 1 of 3)

## CityFHEPS Landlord Information Form –
## Apartment Rentals

### Unit Information

| Address: | |
|---|---|
| Name of Owner: | |

The unit indicated above (the "Unit") is being rented for at least a one-year period beginning on

**January 1, 2025**    and ending on: **December 31, 2025**    .

(the "Rental Agreement Start Date")                    (the "Rental Agreement End Date")

The unit is being rented to: **Justinna Boatwright**

(the "Program Participant")

**Please read the Information Form carefully, complete all applicable fields, and sign in the space at the bottom.**

### Program Information

HRA will pay a portion of the monthly rent ("CityFHEPS Rental Assistance Supplement Amount") on behalf of the eligible CityFHEPS household to rent the Unit. If the Unit being rented by the Program Participant is within the five (5) boroughs of New York City, the Program Participant is responsible for paying any portion of the rent that is not covered by the CityFHEPS Rental Assistance Supplement Amount and their Cash Assistance (CA) shelter allowance, if any. If the Unit being rented by the Program Participant is outside of New York City, but within New York State, the Program Participant is responsible for paying any portion of the rent that is not covered by the CityFHEPS Rental Assistance Supplement Amount and their Public Assistance (PA) or Temporary Assistance (TA) shelter allowance, if any.

Any contractual relationship will be solely between each tenant participating in the program and such tenant's landlord participating in the program.

The CityFHEPS Landlord Requirements are set forth in Chapter 10 of Title 68 of the Rules of the City of New York and can be found in the CityFHEPS Landlord FAQ, available at http://nyc.gov/dsshousing.

CityFHEPS is similar to Section 8 in that, subject to the availability of funding, it provides assistance, including rental assistance in specified amounts, to landlords and tenants who want to form a landlord-tenant relationship.

**(Turn page)**

Case 1:23-cr-00488-DLI   Document 34   Filed 02/19/25   Page 21 of 27 PageID #: 147

## York College Athletics

**2008-09 Women's Basketball Roster**

Choose a Player: [ Boatwright, Justina ▾ ]  Go



# 33   Justina Boatwright

| | |
|---|---|
| **Position:** | Guard |
| **Height:** | 5-8 |
| **Class:** | Freshman |
| **Highschool:** | Martin Van Buren |
| **Hometown:** | Queens, NY |

💬 Bio     📊 **Stats**

**High School:** Led her team in assists at Van Buren High School

**Major:** Computer Science

**Plans After Graduation:** To be succesfull with a good paying job an be a computer engineer

**Single-Game Career Highs**
**Points:** 22, vs City Tech, 1/14/2009
**Rebounds:** 10 vs. Widener, 12/6/2008
**Assists:** 7, at Medgar Evers College, 2/6/2009

**FUN FACTS**

**Favorite Sports Team:** Boston Celtics
**Favorite Musician:** Alicia Keys
**Favorite Movie:** Love and Basketball
**Favorite Actor:** Denzel Washington
**Favorite Food:** Pizza

Copyright © 2025 York College Athletics

# EXHIBIT

# I

# EXHIBIT

# J

# EXHIBIT

# K

# EXHIBIT

# L

# EXHIBIT

# M